Charles Poole, *Plaintiff in Pro Se*
2104 Montgall Avenue
KANSAS CITY, MISSOURI, 64127
(816) 651-4524

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Charles Poole, a man<br><br>*Plaintiff*<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>*Defendant* | CASE NO. 4:14-cv-662-BCW<br><br>**REQUEST FOR ADMISSIONS** |

## CERTIFICATE OF SERVICE

This certifies that on the 24th day of November, 2014 the foregoing was served via United States mail and email, to the following:

Dennis J. Barton, III
The Barton Law Group, LLC
17600 Chesterfield Airport Road

Suite B7
Chesterfield, MO 63005
dbarton@bartonlawllc.com

11/24/14
Charles Poole